WARD SKIDMORE, AN INDIVIDUAL AND SARAH DANCE, AN INDIVIDUAL, UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOWARD SKIDMORE, an individual, and SARAH DANCE, an individual,<br><br>     Plaintiffs,<br><br>     v.<br><br>J.R. SIMPLOT COMPANY,<br><br>     Defendant. | Case No. 1:23-cv-00477-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Plaintiffs' Motion for Mediation (Dkt. 13). For the reasons explained below, the Court will deny this motion.

## BACKGROUND

Plaintiffs sued Defendant J.R. Simplot Company on October 25, 2023. Thereafter, the Court entered a scheduling order, which requires the parties to file dispositive motions by May 2, 2025. *See Scheduling Order,* Dkt. 12. The Scheduling Order also contains the following verbiage regarding alternative dispute resolution:

> 3. <u>Alternative Dispute Resolution</u>: The parties have chosen to participate in mediation. ADR must be held by *45 days after either the dispositive motion deadline or the Court issues a decision on*

*any dispositive motion.* Should the parties need assistance with
selecting a mediator, they are directed to contact Stuart Kaylor, the
ADR Administrator, at adr@id.uscourts.gov.

*Id.* ¶ 3. Notwithstanding this provision, plaintiffs ask the Court to direct the parties

to contact the Court's ADR administrator, so that they can schedule a mediation.

They also ask the Court to order that the parties will split the cost of the mediator.

In response, defendant indicates that there is no need for the Court to direct

the parties to contact the ADR administrator *now* because they have ample time to

do so before any mediation deadline. Further, defendant indicates that while it is

not necessarily opposed to splitting the cost of a mediator, to date, there have not

been discussions between the parties. By and large, then, the defendant says that

the pending motion is unnecessary. Plaintiffs did not file a reply brief.

The Court agrees with defendant's assessment of this motion. In short, it is

unnecessary because the ADR provisions in the Scheduling Order are sufficient.

### ORDER

**IT IS ORDERED that** Plaintiff's Motion for Mediation (Dkt. 13)

is **DENIED**.

DATED: December 2, 2024

B. Lynn Winmill
U.S. District Court Judge